NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GERALD D. GOMEZ,**
*Petitioner,*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2013-3089

---

Petition for review of the Merit Systems Protection Board in No. NY0752100238-M-1.

---

**ON MOTION**

---

**O R D E R**

Gerald D. Gomez moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

GERALD GOMEZ v. DVA                                                    2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s24